**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| RASHAAD KHALIL ALI, SR., | ) | Case No. 17-16880 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, December 12, 2017, at 9:30 AM**, I shall appear before the Honorable Deborah L. Thorne, Bankruptcy Judge in Courtroom 613, at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **Motion of The United States Trustee for an Additional Extension of Time to Object to Discharge and to File Motion To Dismiss** a copy of which is attached hereto and is herewith served upon you.

**NOTE THAT THE PROPOSED ORDER APPENDED TO THIS MOTION MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO PURSUANT TO LOCAL RULE 9013-9(C).**

*/s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3320

# CERTIFICATE OF SERVICE

I, Ha M. Nguyen, an attorney, state that on December 4, 2017, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion of The United States Trustee for an Extension of Time to Object to Discharge and to File Motion To Dismiss** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ Ha M. Nguyen*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- Lisa L Haley     ndil@geracilaw.com
- Robert B Katz    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com

**Parties Served via First Class Mail:**

Rashaad Khalil Ali, Sr.
835 E. 88th Place
Chicago, IL 60619

CarMax Auto Finance
225 Chastain Meadows Court, Ste. 210
Kennesaw, GA 30144

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| RASHAAD KHALIL ALI, SR., | ) | Case No. 17-16880 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN ADDITIONAL EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through his attorney, Ha M. Nguyen, hereby requests the court, pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), to grant an additional extension of time to object to the discharge of Rashaad Khalil Ali, Sr. (the "Debtor"), or to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee respectfully states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On May 31, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Debtor indicated on his petition that he has primarily consumer debt. Robert B. Katz was appointed to be the Chapter 7 Trustee in the Debtor's case.

3. The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for December 4, 2017.

4. The U.S. Trustee is reviewing the Debtor's case to evaluate the accuracy and completeness of his Petition, Schedules, and Statement of Financial Affairs.

5. The Debtor has voluntarily produced some documents concerning expenses on Schedule J to the Case Trustee and U.S. Trustee for review but unfortunately most of them are

unclear and not legible. The U.S. Trustee has contacted Debtor's counsel to resubmit these documents for review.

6. On October 17, 2017, the U.S. Trustee sent a subpoena to the Debtor asking him to provide certain documentation by November 14, 2017.

7. To date, the U.S. Trustee is reviewing the documents that were produced by the Debtor. The U.S. Trustee also anticipates, depending on this production of documents, that he may need to conduct an oral examination of the Debtor.

8. The U.S. Trustee requests additional time to investigate the veracity and completeness of the Debtor's Petition, Schedules, Statement of Financial Affairs, and testimony given at the meeting of creditors in order to determine whether cause exists to file an objection to their discharge pursuant to 11 U.S.C. § 727(a) or a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707.

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case under § 707(b) to and including February 2, 2018, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: December 4, 2017           By: */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3320